UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:07CV1219-DJS |
| | ) | |
| DART ADVANTAGE WAREHOUSING, INC. | ) | |
| and DART TRANSIT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the jury's verdict returned August 3, 2009, and reducing the total damages by applying the percentage of fault assessed to the plaintiff,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Joseph Kennedy and against defendant Dart Advantage Warehousing, Inc. in the sum of $4,750,000.00, plus post-judgment interest pursuant to R.S.Mo. §408.040.2 at the applicable rate of 5.25%.

Dated this 4th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE